# IN THE SUPREME COURT OF TEXAS

No. 12-0529

IN RE  PETER MARCUS JONTE

ON PETITION FOR WRIT OF MANDAMUS

**ORDERED:**

1.      Relator's motion for emergency stay, filed June 27, 2012, is granted.  The Temporary Orders Granting Grandparent Possession or Access, dated June 20, 2012, and the Order Appointing Amicus Attorney, signed May 31, 2012, in Cause No. 2011-41029, styled *In the Interest of S.N.J., A Child*, in the 308th District Court of Harris County, Texas, are stayed pending further order of this Court.

2.      The petitions for writ of mandamus in case nos. 12-0049 and 12-0529 remain pending before this Court.

Done at the City of Austin, this July 20, 2012.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

BY CLAUDIA JENKS, CHIEF DEPUTY CLERK